# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

WUILMER REYES,
   Plaintiff

    v.          CASE NUMBER: 21-C-0437

ML ENTERPRISES and
MARCO LEZAMETA,
   Defendants

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that plaintiff's FLSA claims are dismissed for lack of individual or enterprise coverage and that judgment is entered in favor of the plaintiff on his claims under Wisconsin law as follows: (1) plaintiff shall recover overtime compensation from defendant ML Enterprises in the amount of $560.50; (2) plaintiff shall recover $1,891 from defendants ML Enterprises and Marco Lezameta, jointly and severally, under Wis. Stat. § 103.455; (3) plaintiff shall recover $300 from defendant ML Enterprises for straight-time pay owed; and (4) plaintiff shall recover $200 from defendant ML Enterprises for use of plaintiff's truck.

Approved:

s/Lynn Adelman
LYNN ADELMAN, District Judge

December 30, 2022                Gina M. Colletti
Date                      Clerk

                       *s/B. Ray*
                       (By) Deputy Clerk